IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED IN OPEN COURT
9-5-12
TIMOTHY M. O'BRIEN, CLERK
BY _____
DEPUTY CLERK

CHARLES GLOSHEN, Heir at Law of )
June I. Gloshen, deceased and )
Administrator of the Estate of June I. )
Gloshen, )
 )
         Plaintiff, ) Case No. 12-CV-2080-JAR-JPO
 )
vs. )
 )
LIFE CARE CENTERS OF )
AMERICA, INC. )
 )
         Defendant. )

## ORDER

NOW ON this 5th day of September 2012, came on for hearing Plaintiff and Defendant's Application for Approval of Wrongful Death Settlement, Expenses and Apportionment Pursuant to K.S.A. § 60-1905. All parties necessary are present.

The Court finds that June I. Gloshen was married to Charles Gloshen at the time of her death.

The Court finds that June I. Gloshen had five adult children at the time of her death – Donna Hoeft, Sam Brooks, Darrell Brooks, Garry Dowse and Judith Halvorson.

The Court finds that all of June I. Gloshen's heirs received notice of this hearing in the form of publication of the notice in the Legal Record, which is a newspaper printed in the State of Kansas, published in and of general paid circulation on a weekly basis in Johnson County, Kansas, and that said notice was published in all editions of the regular and entire issue for three (3) consecutive weeks as follows: August 7, 2012, August 14, 2012, and August 21, 2012. Despite the publication of said notice, Donna

Hoeft, Sam Brooks, Darrell Brooks, Garry Dowse and Judith Halvorson did not appear at this hearing.

The Court finds that all of the lawful heirs of June I. Gloshen, deceased were given proper notice of the time and place of this hearing.

The Court having heard statements of counsel, testimony of witnesses and being well advised in the premises finds that the settlement between Plaintiff and Defendant is fair and reasonable and is hereby approved.

The court finds that the net proceeds of the settlement should be apportioned as follows:

1. Charles Gloshen       55%
2. Donna Hoeft           15%
3. Sam Brooks            15%
4. Darrell Brooks         0%
5. Garry Dowse           15%
6. Judith Halvorson       0%

The Court having heard statements of counsel, testimony of witnesses and being well advised in the premises approves the disbursement of attorney's fees and expenses as set forth on the settlement sheet provided to the court. The Court specifically finds the fees and expenses to be reasonable.

IT IS SO ORDERED.

_____
THE HONORABLE JULIE A. ROBINSON
UNITED STATES DISTRICT COURT JUDGE

Approved by:

HAMILTON LAW FIRM LLC


By: /s/ Patrick A. Hamilton
Patrick A. Hamilton, MO Bar No. 43430
Hamilton Law Firm LLC
13420 Santa Fe Trail Drive
Lenexa, KS 66215
PHONE: (913) 888-7100
FAX: (913) 888-7388
patrick@hamilton-lawfirm.com

and

Michael L. Hodges, KS Bar No. 09860
HODGES LAW FIRM
13420 Santa Fe Trail Drive
Lenexa, KS 66215
PHONE: (913) 888-7100
FAX: (913) 888-7388
mikehodges@hodgeslawfirm.com
ATTORNEYS FOR PLAINTIFF


SANDERS WARREN & RUSSELL, LLP


By: /s/ William P. Denning
William P. Denning,          KS #21560
Sanders Warren & Russell, LLP
40 Corporate Woods
9401 Indian Creek Parkway, Suite 1250
Overland Park, Kansas 66210
Telephone:   (913) 234-6100
Facsimile:   (913) 234-6199
w.denning@swrllp.com
ATTORNEYS FOR DEFENDANT

3